UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF CORRECTIONS; DARRYL C. TOWNS; DANIEL F. MARTUSCELLO III; STANLEY RICHARDS.,

Defendants.

26 CIVIL 08270 (KMW)

# CIVIL JUDGMENT

For the reasons stated in the September 28, 2026, Order, the Court dismisses Plaintiff's claims as frivolous, see 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: New York, New York
September 30, 2026

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge